ACCEPTED
01-15-00429-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 1:03:05 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5155794
By: CHRISTOPHER PRINE
Filed: 5/5/2015 1:03:05 PM

Cause No. 2013-14192

| | | |
|---|---|---|
| Elizabeth Howard Crowell, | § | In the District Court of |
| | § | |
| Plaintiff, | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| | § | |
| v. | § | 5/8/2015 10:23:08 AM |
| | § | CHRISTOPHER A. PRINE<br>Clerk |
| Jandor Gardens Association, Inc., George L. | § | |
| Parker, Eva K. Parker, Sarah Whiting, Ron | § | |
| Witte, Lawrence E. Plotsky, Rick Rambo, | § | |
| Frances Rambo, David D. Stock, Anna L. | § | Harris County, Texas |
| Stock, Wyman H. Herendeen, Mary | § | |
| Herendeen, Fereidoon Sharifi, Soody Sharifi, | § | |
| Edward G. Rizk, Billie Rizk, Benjamin | § | |
| Levit, Erica Levit, Garret S. Madderra, | § | |
| George W. Hawkins, Eileen K. Starbranch, | § | JURY TRIAL DEMANDED |
| Catherine A. Morgan, Georgia W. Hitchcock, | § | |
| James Carper, Walter J. Taylor, Anita J. | § | |
| Taylor, and Erik Mazziotta, | § | |
| | § | |
| Defendants. | § | 55th Judicial District |

Notice of Appeal

Defendant Eileen K. Starbranch gives notice of her intent to appeal the trial court's Order

and Final Judgment rendered on April 28, 2015. This appeal is taken to the First or Fourteenth

Court of Appeals in Houston, Texas.

Respectfully submitted,

NELSON S. EBAUGH, P.C.

*/s/ Nelson S. Ebaugh*
Nelson S. Ebaugh
Texas Bar No. 24007139
NELSON S. EBAUGH, P.C.
2777 Allen Parkway, Suite 1000
Houston, TX 77019
Ph      (713) 752-0700
Fax     (713) 739-0500
nebaugh@ebaughlaw.com

*Attorney for Eileen K. Starbranch*

1

<u>Certificate of Service</u>

I certify that a true and correct copy of the foregoing document has been served on the following counsel of record on May 5, 2015, in accordance with Rule 21a of the Texas Rules of Civil Procedure.

John B. Shely
Courtney B. Glaser
Andrews Kurth, LLP
600 Travis, Suite 4200
Houston, TX 77002

*/s/ Nelson S. Ebaugh*
Nelson S. Ebaugh